In the Matter of the Accounting of the PATCHOGUE BANK, Formerly PAT-CHOGUE CITIZENS BANK & TRUST COMPANY, as Trustee under an Agreement of Trust Executed by EMMA J. HAMILL, as Grantor, Respondent. TRUSTEES OF THE METHODIST CHURCH OF PENATAQUIT, Appellants; WILLIAM H. ROBBINS, JR., et al., as Executors and Trustees under the Will of WILLIAM H. ROBBINS, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante,* p. 894.]

In the Matter of the Application of FRANCES M. MAXWELL et al., Appellants, against FRANCIS J. KLAESS, as Deputy Superintendent of the Department of Public Works of the Incorporated Village of Rockville Centre, Nassau County, Respondent.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [192 Misc. 939.]

In the Matter of the Application of PERM-ASEPTIC CORPORATION, Appellant, for a Stay of Arbitration between the Appellant and MORTIMER LOWELL COM-PANY, INC., Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ. [See *ante,* p. 895.]

In the Matter of MARY PRETE et al., Respondents, against MAURICE FINKEL-STEIN et al., Constituting the Temporary City Housing Rent Commission, Appel-lants.— Motion for reargument denied, without costs. Present — Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante,* p. 905.]

In the Matter of the Accounting of HENRY W. TAFT et al., as Executors of JAMES J. SPEYER, Deceased. CHARLES G. STACHELBERG et al., as Trustees under the Will of JAMES J. SPEYER, Deceased, et al., Appellants; WALBRIDGE S. TAFT et al., as Executors of HENRY W. TAFT, Deceased, et al., Respondents.— Motion for extension of time to perfect appeal to the February, 1949, Term granted. Motion to dispense with the printing of certain parts of the final account granted on condition that five typewritten or photostatic copies of the entire final account be submitted upon the argument. Motion to dispense with the printing of all exhibits (other than exhibits 1, 3, 5, 7, 9, 11, 14, 15, 21, 22, 23, 67 and 68) and, in lieu of the printing, to permit the parties to submit the original exhibits upon the argument of the appeal granted. The granting of this motion, however, is without prejudice to the settlement of the case on appeal in accordance with the provisions of the Civil Practice Act (§§ 575, 576) and the Rules of Civil Practice (Rules 230, 231, 232), and without prejudice to the right of respondents to urge on such settlement, if so advised, that any of the exhibits is not material to the questions to be raised on the appeal and, for that reason, should not be submitted in any form or be part of the record on the appeal to this court. (*Matter of Davis,* 273 App. Div. 973; *Selkowitz* v. *Selkowitz,* 272 App. Div. 817.) Present — Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

KRESCH WOOL STOCK CORPORATION et al., Appellants, v. STAND-BUILT UPHOL-STERY CORPORATION, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

BENJAMIN NIELDS, III, Respondent, v. C. RUSSELL LEA, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante,* p. 890.]